# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# MIDDLE DIVISION

| | |
|---|---|
| OSAHENRUMWEN OJO, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) Case No.   4:15-cv-484-MHH-TMP |
| | ) |
| DAVID D. RIVERA, *et al.*, | ) |
| | ) |
| Respondents. | ) |

## MEMORANDUM OPINION

On June 5, 2015, the magistrate judge filed his Report and Recommendation, recommending that this petition for *habeas corpus* relief filed pursuant to 28 U.S.C. § 2241 be denied and dismissed as moot.  (Doc. 16).  No objections have been filed.  The copy of the Report and Recommendation mailed to the petitioner was returned as undeliverable.  (Doc. 17).  Having reviewed and considered *de novo* all the materials in the court file, including the Report and Recommendation, the Court is of the opinion that the report is due to be and hereby is ADOPTED, and the recommendation is ACCEPTED.  Consequently, the Court denies the petition for writ of *habeas corpus* and dismisses it as moot.  A separate final judgment will be entered.

The Clerk is DIRECTED to mail a copy of this Memorandum Opinion to the

petitioner at the most recent address.

**DONE** and **ORDERED** this June 23, 2015.

_____
 **MADELINE HUGHES HAIKALA**
 UNITED STATES DISTRICT JUDGE